IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In RE: | : |
| | : |
| **GABRIEL S YOUNG** | : Case No. 17-11519 |
| | : Chapter 13 |
| Debtor | : |

### CERTIFICATE OF SERVICE AND NOTICE OF CONFIRMATION HEARING

I, Lucia C. Spillan, paralegal to Vivian A Houghton, Esquire do hereby certify that on the 27TH day of July 2017 0ne (1) true copy of the Chapter 13 Plan filed on July 27, 2017, was mailed postage paid to:

Michael B Joseph, Esquire
824 N Market Street 1002
Wilmington, DE 19801

All names and addresses listed on Debtors mailing matrix.

The Confirmation hearing is scheduled for August 28, 2017 at 3:00 p.m.  Any objections to the Chapter 13 Plan must be filed on or before August 21, 2017.

Dated: July 27,2017          /s/ LUCIA C SPILLAN
                                                            Lucia C Spillan, paralegal to
                                                            Vivian A Houghton Esquire
                                                            800 West Street
                                                            Wilmington DE 19801
                                                            (302) 658-0518
                                                            Attorney for Debtor