# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Gabriel S. Young

**Chapter:** 13

**Case No.:** 17–11519–BLS

### ORDER EXTENDING TIME TO FILE SCHEDULES AND/OR STATEMENT OF AFFAIRS

**AND NOW,** this   The 27th of July, 2017 , upon receipt of Debtor's Motion to Extend Time to File Schedules and/or Statement of Affairs, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the document(s) must be filed within **14 DAYS from the Date of this Order.**

It is **FURTHER ORDERED** that if the document(s) is not **timely** filed, the case will be **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that **NO FURTHER EXTENSIONS SHALL BE GRANTED UNLESS UPON NOTICE OF MOTION AND HEARING.**.

This extension does not apply to the Certificate of Credit Counseling required by 11 U.S.C § § 109(h) & 521(b).

Brendan Linehan Shannon

United States Bankruptcy Judge

(VAN–404)

```
                          United States Bankruptcy Court
                               District of Delaware
In re:                                                        Case No. 17-11519-BLS
Gabriel S. Young                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1      User: admin            Page 1 of 1          Date Rcvd: Jul 27, 2017
                          Form ID: van404        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
db            +Gabriel S. Young,    106 Bell Court,    Bear, DE 19701-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
              Michael B. Joseph - Chapter 13 Trustee    mjoseph@ch13de.com,   chapter13@ch13de.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              Vivian A. Houghton    on behalf of Debtor Gabriel S. Young bankruptcy@vivianhoughton.com,
               bankruptcyatvivianhoughton@vivianhoughton.com
                                                                                             TOTAL: 3