# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 13 |
| Gabriel S. Young | |
| 106 Bell Court | |
| Bear, DE 19701 | |
| **SSN:** xxx–xx–0114 | **Case No.:** 17–11519–BLS |

### ORDER

**AND NOW**, this date, 9/25/2017 , after notice and hearing, and for the reasons expressed on the record, and only provisions 1 and 4a shall apply to this case,

**IT IS ORDERED**, that:

1. The hearing is continued to 10/30/2017 at 3:00 PM .
2. Debtor(s) shall file state tax returns for the year(s) on or before .
3. Debtor(s) shall file federal tax returns for the year(s) on or before .
4. Debtor shall pay:

    (a) preconfirmation arrearages to the Trustee of $ 691.00 on or before 10/16/2017 and next month's payment.

    (b) $ to the Trustee on or before , as payment toward cure of Debtor(s) material default of the plan as well as the current monthly payment.

    (c) post petition mortgage arrearages to of $ and the current month's mortgage payment of $ on or before , to cure the material default and provide adequate protection.

5. Other:

IT IS FURTHER ORDERED, that if the relief provided above mandates affirmative action to be performed by the Debtor(s) on or before certain dates and such required action is not timely complied with, upon certification of default filed by the Trustee, or an attorney for a party in interest, and/or upon oral testimony of default at the next hearing scheduled on this matter, the case will be dismissed without further notice or hearing.

Brendan Linehan Shannon
Bankruptcy Judge

Dated: 9/28/17

(VAN–309)

```
                            United States Bankruptcy Court
                                 District of Delaware
```

```
In re:                                                      Case No. 17-11519-BLS
Gabriel S. Young                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: MLopez               Page 1 of 1           Date Rcvd: Sep 28, 2017
                               Form ID: van309            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db            +Gabriel S. Young,    106 Bell Court,    Bear, DE 19701-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
      Edward Kerney Black    on behalf of Creditor    State of Delaware Division of Revenue
       edward.black@state.de.us
      Michael B. Joseph - Chapter 13 Trustee    on behalf of Trustee Michael B. Joseph - Chapter 13
      Trustee mjoseph@ch13de.com,   chapter13@ch13de.com
      Michael B. Joseph - Chapter 13 Trustee    mjoseph@ch13de.com,   chapter13@ch13de.com
      U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
      Vivian A. Houghton    on behalf of Debtor Gabriel S. Young bankruptcy@vivianhoughton.com,
       bankruptcyatvivianhoughton@vivianhoughton.com
                                                                                              TOTAL: 5