IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In RE: | : | |
| | : | |
| **GABRIEL S YOUNG** | : | Case No. 17-11519BLS |
| | : | Chapter 13 |
| Debtor | : | |

CERTIFICATE OF SERVICE

I, Lucia C. Spillan, paralegal to Vivian A Houghton, Esquire do hereby certify that on the 6th day of December  0ne (1) true copy of the Chapter 13 Plan filed on December 6, 2017, was mailed postage paid to:

Michael B Joseph, Esquire
824 N Market Street 1002
Wilmington, DE 19801

All names and addresses listed on Debtor's mailing matrix.

Dated:  December 6, 2017        /s/ LUCIA C SPILLAN
　　　　　　　　　　　　　　　　Lucia C Spillan, paralegal to
　　　　　　　　　　　　　　　　Vivian A Houghton Esquire
　　　　　　　　　　　　　　　　800 West Street
　　　　　　　　　　　　　　　　Wilmington DE 19801
　　　　　　　　　　　　　　　　(302) 658-0518
　　　　　　　　　　　　　　　　Attorney for Debtor