# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Gabriel S. Young | **Chapter:** 13 |
| **SSN:** xxx–xx–0114 | **Case No.:** 17–11519–BLS |
| | Claim No.* (if known): 15<br>Amount (if known): $421.03 |

## NOTICE OF TRANSFER OF CLAIM

To Synchrony Bank Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 2/19/18, a Transfer of Claim was filed with this Court purporting to transfer to eCAST Settlement Corporation, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Transferee<br><br>eCAST Settlement Corporation<br>PO Box 29262<br>New York, NY 10087–9262 |

Dated: 2/23/18

                                                      Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

```
                        United States Bankruptcy Court
                             District of Delaware
In re:                                                       Case No. 17-11519-BLS
Gabriel S. Young                                             Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Sherry              Page 1 of 1             Date Rcvd: Feb 20, 2018
                              Form ID: trclaim          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             +Gabriel S. Young,    106 Bell Court,    Bear, DE 19701-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11609225       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 20:31:35       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Edward Kerney Black    on behalf of Creditor    State of Delaware Division of Revenue
               edward.black@state.de.us
              Michael B. Joseph - Chapter 13 Trustee    on behalf of Trustee Michael B. Joseph - Chapter 13
               Trustee mjoseph@ch13de.com,    chapter13@ch13de.com
              Michael B. Joseph - Chapter 13 Trustee    mjoseph@ch13de.com,    chapter13@ch13de.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              Vivian A. Houghton    on behalf of Debtor Gabriel S. Young bankruptcy@vivianhoughton.com,
               bankruptcyatvivianhoughton@vivianhoughton.com;vivianhoughton@comcast.net
                                                                                                TOTAL: 5
```