# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 13 |
| Gabriel S. Young | |
| 106 Bell Court | |
| Bear, DE 19701 | |
| **SSN:** xxx−xx−0114 | **Case No.:** 17−11519−BLS |

## ORDER APPROVING MODIFICATION
## OF CONFIRMED PLAN

All parties in interest having been notified that the court would grant the debtor(s) request ex parte to modify their confirmed plan if no objections were timely filed and no objections having been filed,

**IT IS ORDERED** that the modification proposed by the debtor(s) is made a part of the confirmed plan.

Brendan Linehan Shannon
Bankruptcy Judge

Dated: 8/16/18

(VAN−311)

```
                         United States Bankruptcy Court
                              District of Delaware
In re:                                                   Case No. 17-11519-BLS
Gabriel S. Young                                         Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0311-1          User: admin              Page 1 of 2              Date Rcvd: Aug 16, 2018
                              Form ID: van311          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db            +Gabriel S. Young,    106 Bell Court,   Bear, DE 19701-1097
11343712       AES/Pheaafrn,    P.O. Box 61057,   Harrisburg PA 17106
11564338      +Andrew Kussmaul,    P. O. Box 9013,   Addison, TX 75001-9013
11343716      +Apple Federal CU,    1118 W. Broad Street,   Falls Church, VA 22046-2114
11343717      +Barclays Bank DE,    P.O. Box 8803,   Wilmington, De 19899-8803
11557878      +Cavalry SPV I, LLC as assignee of Synchrony Bank,    500 Summit Lake Drive, Ste. 400,
                Valhalla, NY 10595-2321
11343721      +Comcast Cable,    4008 N. Dupont Hwy,   New Castle, De 19720-6320
11343722      +Credit First NA,    P.O. Box 81315,   Cleveland, OH 44181-0315
11596967      +Credit First NA,    PO Box 818011,   Cleveland, OH 44181-8011
11343814      +Department of Labor,    Division of Unemployment Insurance,   P.O. Box 9953,
                Wilmington, DE 19809-0953
11343723      +Divesitfied/Sprint,    P.O. Box 551268,   Jacksonville FL 32255-1268
11343815       Ellen Slights, Assistant US Attorney,    P.O. Box 2046,   Wilmington, DE 19899-2046
11343724      +Federal Loan Servicing,    P.O. Box 60610,   Harrisburg, PA 17106-0610
11343725      +Fst Collect,    Po Box 102,   Lewes, DE 19958-0102
11343731      +NYC Dept of Finance,    P.O. Box 3641,   New York, NY 10008-3641
11343729      +Navy Federal Cr Union,    Po Box 3700,   Merrifield, VA 22119-3700
11343812      +New Castle County/Law,    Attention: Bill Weisel,   87 Reads Way,   New Castle, DE 19720-1648
11343730      +Northeastern Universtiy,    360 Huntington Ave,   Boston, MA 02115-5000
11343732      +PA Housing Finance,    P.O. Box 8029,   Harrisburg, PA 17105-8029
12147840      +PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
11343733      +Peco Engergy,    P.O. Box 37629,   Phila, PA 19101-0629
11343734      +Philadelphia GAs Wokrs,    P.O. Box 11700,   Newark, NJ 07101-4700
11343735      +Philadelphia Towing & Transportation,    3200 S. 61st STreet,   Phila, PA 19153-3503
11343736      +Philadelphia Water Bureau,    1401 JFK Blvd,   Concourse Level,   Phila, PA 19102-1617
11343738      +Prof. Account Management,    P.O. Box 1153,   Milwaukee, WI 53201-1153
11343744      +TD Bank/target,    P.O> Box 673,   Minneapolis, MN 55440-0673
11343745     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor credit Corp,    PO Box 8026,   Cedar Rapids, IA 52408)
11343743      +Target,    C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
11564339      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, TX 75001-9013
11692044       US Department of Education,    PO Box 16448,   Saint Paul, MN 55116-0448
11343746      +Univ Of Penn,    3900 Chestnut St,   Philadelphia, PA 19104-3120
11343747      +Verizon Fios,    P.O. Box 15124,   Albany, NY 12214-0001
11546387      +Vivian A Houghton, Esquire,    800 N West Street,   Wilmington, DE 19801-1565
11932993       eCAST Settlement Corporation,    PO Box 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11343715       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 16 2018 20:30:58     American Honda Finance,
                P.O. Box 168088,   Irving, TX 75016
11344679       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 16 2018 20:30:58
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
11343713      +E-mail/Text: broman@amhfcu.org Aug 16 2018 20:30:57     American Heritae FCU,
                2060 Red Lion Road,    Philadelphia, PA 19115-1699
11343714      +E-mail/Text: broman@amhfcu.org Aug 16 2018 20:30:57     American Hertiage FCU,
                2060 Red Lion Road,    Philadelphia, PA 19115-1699
11609322      +E-mail/Text: bncmail@w-legal.com Aug 16 2018 20:30:58     COMENITY CAPITAL BANK,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,    SEATTLE, WA 98121-3132
11343718      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 20:34:40      Capital One,
                P.O. Box 30253,   Salt Lake City, UT 84130-0253
11343719      +E-mail/Text: bankruptcy@cavps.com Aug 16 2018 20:30:58     Cavalry Portfolion/Synchrony Bank,
                P.O.Box 27288,   Tempe, AZ 85285-7288
11343720      +E-mail/Text: bankruptcy@philapark.org Aug 16 2018 20:31:01     City of Philadelphia,
                P.O. Box 41818,   Phila, PA 19101-1818
11652790       E-mail/Text: cio.bncmail@irs.gov Aug 16 2018 20:30:44     Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
11343726      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 16 2018 20:31:05
                Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
11343727      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2018 20:30:50     Midland Funding,
                Attn: Bankruptcy,    PO Box 939069,   San Diego, CA 92193-9069
11600660      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2018 20:30:50     Midland Funding, LLC,
                Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                WARREN, MI 48090-2011
11343728      +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 16 2018 20:31:03     Navy Federal Cr Union,
                Attn: Bankruptcy,    PO Box 3000,   Merrifield, VA 22119-3000
12155201      +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 16 2018 20:31:03     Navy Federal Credit Union,
                P.O. Box 3000,   Merrifield, VA 22119-3000
11555906       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 20:34:51
                PORTFOLIO RECOVERY ASSOCIATES, LLC,    POB 41067,   Norfolk, VA 23541
11343737       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 20:34:30
                Portfolio Recovery,    PO box 41067,   Norfolk, VA 23541
```

```
District/off: 0311-1           User: admin              Page 2 of 2            Date Rcvd: Aug 16, 2018
                               Form ID: van311          Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11343739       +E-mail/Text: collection@sdfcu.org Aug 16 2018 20:31:00      State Department Fcu,   1630 King St,
                 Alexandria, VA 22314-2763
11932672       +E-mail/Text: REV_Bankruptcy_General@state.de.us Aug 16 2018 20:30:53
                 State of DE- Division of Revenue,    P.O. Box 8763,    Wilmington, DE 19899-8763
11343813       +E-mail/Text: REV_Bankruptcy_General@state.de.us Aug 16 2018 20:30:53      State of Delaware,
                 Division of Revenue,    820 N. French Street, 8th Floor,    Wilmington, DE 19801-3509
11344074       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 20:34:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
11343740       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 20:34:50      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
11343741       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 20:34:30      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
11343742       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 20:34:40      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
                                                                                             TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11609225*      +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
12396825*      +Vivian A. Houghton, Esquire,    800 N. West Street,   Wilmington, DE 19801-1565
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Angeline M Kogut    on behalf of Creditor    State of Delaware Division of Revenue
               angeline.kogut@state.de.us
              Edward Kerney Black    on behalf of Creditor    State of Delaware Division of Revenue
               edward.black@state.de.us
              Michael B. Joseph - Chapter 13 Trustee    on behalf of Trustee Michael B. Joseph - Chapter 13
               Trustee mjoseph@ch13de.com,   chapter13@ch13de.com
              Michael B. Joseph - Chapter 13 Trustee    mjoseph@ch13de.com,   chapter13@ch13de.com
              U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
              Vivian A. Houghton    on behalf of Debtor Gabriel S. Young bankruptcy@vivianhoughton.com,
               bankruptcyatvivianhoughton@vivianhoughton.com;vivianhoughton@comcast.net
                                                                                              TOTAL: 6
```